AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

FILED

FEB 1 0 2012

U. S. DISTRICT COURT
E. DIST. OF MO.
ST. LOUIS

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JACK E. GRAVENMIER | ) Case No. 4:12 mJ 3031 FRB |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___between 1/16/2012 and 2/9/2012,___ in the county of ___Lincoln___ in the

___Eastern___ District of ___Missouri___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2422 | Jack E. Gravenmier, the Defendant, did use any facility and means of interstate commerce, and did knowingly attempt to persuade, induce, entice, and coerce Detective James A. Stewart, of the Troy Police Department, who he believed to be a minor under the age of eighteen years old, to engage in sexual activity for which any person can be charged with a criminal offense, to wit: the defendant, who was at least twenty-one years of age, believing Detective Stewart was a minor under the age of 17 years old,  attempted to persuade, induce, entice, and coerce him to have deviate sexual intercourse with defendant, in violation of Missouri Revised Statute, Section 566.064, which is a violation of Title 18, United States Code, Section 2422(b). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

James A. Stewart Detective
_Printed name and title_

Sworn to before me and signed in my presence.

Date: FEBRUARY 10, 2012

_Judge's signature_

City and state:   St. Louis, Missouri

Honorable Frederick R. Buckles, U.S. Magistrate Judge
_Printed name and title_